**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, DEPARTMENT OF TRANSPORTATION, THE SAFER AFFORABLE FUEL-EFFICIENT (SAFE) VEHICLES RULE III FOR MODEL YEARS 2022 TO 2031 PASSENGER CARS AND LIGHT TRUCKS, 91 FED. REG. 61,988 (SEPT. 30,2026)**

**MCP No. 205**

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The National Highway Traffic Safety Administration, on behalf of the Department of Transportation, issued a final rule regarding the Safer Affordable Fuel-Efficient (SAFE) Vehicle Rule III, which was published in the Federal Register on September 30, 2026. On October 15, 2026, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following six courts of appeal: District of Columbia Circuit, First Circuit, Second Circuit, Fifth Circuit, Sixth Circuit, and Eighth Circuit.

The Panel has randomly selected the United States Court of Appeals for the First Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the First Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Tanasia Owens; Case Administrator
Random Selector

Jeffrey Layne; Case Administrator
Witness

**IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, DEPRATMENT OF TRANSPORTAION, THE SAFER AFFORDABLE FUEL-EFFICIENT (SAFE) VEHICLES RULE III FOR MODEL YEARS 2022 TO 2031 PASSENGER CARS AND LIGHT TRUCKS, 91 FED. REG. 61,988 (SEPT 30,2026)**

**MCP No. 205**

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| DC Circuit, No. 26-1261 | Center for Biological Diversity, et al. v. NHTSA, et al. |
| First Circuit, No. 26-2120 | State of California, et al v. NHTSA, et al. |
| Second Circuit, No. 26-2781 | Natural Resources Defense Council, Inc. v. NHTSA |
| Fifth Circuit, No. 26-60867 | Texas Food and Fuel Association v. NHTSA, et al. |
| Sixth Circuit, No. 26-3923 | Kentucky Corn Growers Association, et al. v. NHTSA, et al. |
| Eighth Circuit, No. 26-3041 | American Free Enterprise Chamber of Commerce v. NHTSA, et al. |