**Proof of Service**

I certify that on October 19, 2026, I emailed a copy of the Panel's Consolidation Order to the following counsel and I also directed that a copy of that order be sent by mail to those who did not waive hard-copy service:

- D.C. Cir., No. 26-1261

David Pettit
Center for Biological Diversity
2100 Franklin Street, Suite 375
Oakland, CA 94612
510-844-7100
dpettit@biologicaldiversity.org
*Counsel for Center for Biological Diversity*

James Crowley
Conservation Law Foundation
235 Promenade Street, Suite 560
Providence, RI 02908
401-228-1905
jcrowley@clf.org
*Counsel for Conservation Law Foundation*

Megan M. Herzog
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Avenue SE
Washington, DC 20003
203-215-6188
megan@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

Andrew Su
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
303-447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
arosenbaum@citizen.org
*Counsel for Public Citizen*

Joshua Berman
Sierra Club
50 F Street NW
Eighth Floor
Washington, DC 20001
202-650-6062
josh.berman@sierraclub.org
*Counsel for Sierra Club*

Vera Pardee
Law Offices of Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
858-717-1448
pardeelaw@gmail.com
*Counsel for Sierra Club*

- 1st Cir., No. 26-2120

Seth Schofield
Energy and Environment Bureau
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108-0000
617-727-2200
Seth.schofield@mass.gov
*Counsel for the Commonwealth of Massachusetts*

Theodore A. McCombs
Office of the Attorney General

600 W Broadway, Suite 1800
San Diego, CA 92101
619-738-9003
theodore.mccombs@doj.ca.gov
*Counsel for the State of California*

Andy McCoy
Environmental Protection Unit
Office of the Attorney General for the State of Arizona
2005 N Central Avenue
Phoenix, AZ 85004
602-515-1392
Andy.mccoy@azag.gov
*Counsel for the State of Arizona*

Carrie Noteboom
Colorado Department of Law
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6285
Carrie.noteboom@coag.gov
*Counsel for the State of Colorado*

Scott N. Koschwitz
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860-808-5250
Scott.koschwitz@ct.gov
*Counsel for the State of Connecticut*

Vanessa L. Kassab
Delaware Department of Justice
820 N French Street
Wilmington, DE 19801
302-683-8899
Vanessa.kassab@delaware.gov
*Counsel for the State of Delaware*

Caroline S. Van Zile
Office of the Attorney General for the District of Columbia
400 6th Street NW, Suite 8100
Washington, DC 20001
202-724-6609
Caroline.vanzile@dc.gov
*Counsel for the District of Columbia*

Lyle T. Leonard
Department of the Attorney General
465 S King Street, #200
Honolulu, HI 96813
808-587-3050
Lyle.t.leonard@hawaii.gov
*Counsel for the State of Hawaii*

Jason E. James
Office of the Attorney General
201 W Pointe Drive, Suite 7
Belleville, IL 62226
217-843-0322
Jason.james@ilag.gov
*Counsel for the State of Illinois*

Emma Akrawi
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333
207-626-8800
Emma.akrawi@maine.gov
*Counsel for the State of Maine*

Steven J. Goldstein
Office of the Attorney General
200 St Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6414
sgoldstein@oag.state.md.us
*Counsel for the State of Maryland*

Elizabeth Morrisseau
Environment, Natural Resources, and Agricultural Division
6th Floor G. Mennen Williams Building
525 W Ottawa Street
PO Box 30755
Lansing, MI 48909
517-335-7664
MorrisseauE@michigan.gov
*Counsel for the People of the State of Michigan*

Peter N. Surdo
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
651-757-1061
Peters.surdo@ag.state.mn.us
*Counsel for the State of Minnesota*

Nell Hryshko
Division of Law
25 Market Street, PO Box 093
Trenton, NJ 08625
609-376-2740
Nell.hryshko@law.njoag.gov
*Counsel for the State of New Jersey*

J. Spenser Lotz
Environmental Protection Bureau
New Mexico Department of Justice
201 3rd Street NW, Suite 300
Albuquerque, NM 87201
505-616-7560
slotz@nmdoj.gov
*Counsel for the State of New Mexico*

Ashley M. Gregor
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005

212-416-8454
Ashley.gregor@ag.ny.gov
*Counsel for the State of New York*

Daniel P. Mosteller
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6600
dmosteller@ncdoj.gov
*Counsel for the State of North Carolina*

Paul Garrahan
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
503-947-4540
Paul.garrahan@doj.oregon.gov
*Counsel for the State of Oregon*

Nicholas M. Vaz
Rhode Island Office of the Attorney General
150 S Main Street
Providence, RI 02903
401-274-4400 ext. 2297
nvaz@riag.ri.gov
*Counsel for the State of Rhode Island*

Alexandria K. Doolittle
Office of the Attorney General
PO Box 40117
Olympia, WA 98504
360-586-6769
Alex.doolittle@atg.wa.gov
*Counsel for the State of Washington*

Gabe Johnson-Karp
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707

608-267-8904
Gabe.johnson-karp@wisdoj.gov
*Counsel for the State of Wisconsin*

Myriam Zreczny Kasper
City of Chicago Law Department
2 N LaSalle Street, Suite 540
Chicago, IL 60602
312-744-3564
Myriam.kasper@cityofchicago.org
*Counsel for the City of Chicago*

Kristin Brainerd
Denver City Attorney's Office
201 W Colfax Avenue, Dept. 1207
Denver, CO 80202
720-913-8050
Kristin.brainerd@denvergov.org
*Counsel for the City and County of Denver*

Jessica B. Brown
Public Rights Branch
Office of the Los Angeles City Attorney
201 N Figueroa Street, 13th Floor
Los Angeles, CA 90012
213-978-1864
Jessica.brown@lacity.org
*Counsel for the City of Los Angeles*

Susan Paulson
New York City Law Department
100 Church Street
New York, NY 10007
212-356-0821
spaulson@law.nyc.gov
*Counsel for the City of New York*

David Louk
San Francisco City Attorney's Office
City Hall, Room 234

1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
415-554-4647
David.louk@sfcityatty.org
*Counsel for the City and County of San Francisco*

- 2d. Cir., No. 26-2781

Gavin G. McCabe
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
212-727-4529
gmccabe@nrdc.org
*Counsel for Natural Resources Defense Council*

- 5th Cir., No. 26-60867

Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for Texas Food and Fuel Association*

- 6th Cir., No. 26-3923

Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for Kentucky Corn Growers Association, Michigan Corn Growers Association, Ohio Corn Growers Association, and Tennessee Corn Growers Association*

- 8th Cir., No. 26-3041

Michael Buschbacher

Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for American Free Enterprise Chamber of Commerce*

Submitted on October 21, 2026

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert N. Stander
*Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-5334
Sue.Chen@usdoj.gov

*Counsel for National Highway Traffic Safety Administration, Jonathan Morrison, and Sean Duffy*